U.S. District Judge Benjamin H. Settle
U.S. Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NATHAN FOUNTAINE, ) | CIVIL NO: 3:10-cv-5953-BHS-JRC |
| ) | |
| Plaintiff, ) | ORDER FOR EXTENSION OF |
| ) | TIME AND AMENDING BRIEFING |
| vs. ) | SCHEDULE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant ) | |
| ) | |

Upon motion of plaintiff for an extension of time for plaintiff to file their opening brief (ECF No. 15) and with no objection from defendant, it is hereby **ORDERED** that the briefing schedule shall be amended as follows:

Plaintiff's opening brief shall be filed on or before **18 July, 2011;**

Defendant's responsive brief shall be filed on or before **15 August, 2011**;

Plaintiff's optional reply brief shall be filed by **29 August, 2011**; and

Oral argument, if desired, shall be requested by **6 September, 2011**.

DATED this 19th day of May, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

PROPOSED ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF - 1