**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NATHAN FOUNTAINE, | ) CIVIL NO: 3:10-cv-5953-BHS-JRC |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING EXTENSION OF ) TIME FOR PLAINTIFF TO FILE OPENING ) BRIEF AND AMENDING THE BRIEFING |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) SCHEDULE ) ) |
| Defendant | ) ) |

On the second motion of plaintiff for an extension of time to file their opening brief (ECF No. 18), and without objection from defendant, the motion is GRANTED and the briefing schedule shall be amended as follows:

**P**laintiff shall have until **August 17, 2011**, in which to file plaintiff's opening brief.

**D**efendant shall have until **September 14, 2011**, in which to file the Commissioner's brief, and plaintiff shall have until **September 28, 2011**, to file their optional reply brief. Oral argument, if desired, shall be requested by **October 5, 2011.**

DATED this 21st day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1