1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
10                    AT TACOMA

11   NATHAN FOUNTAINE,

12                  Plaintiff,              CASE NO. 10-CV-05953 BHS JRC

13         v.                               REPORT AND
                                            RECOMMENDATION ON
14   MICHAEL J. ASTRUE, Commissioner of     STIPULATED MOTION FOR
     the Social Security Administration     REMAND
15
                    Defendant.
16

17         This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

18   U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews,

19   Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on

20   Defendant's stipulated motion to remand the matter to the Administration for further

21   consideration.  (ECF No. 25.)

22

23

24

1   After reviewing Defendant's stipulated motion and the remaining record, the undersigned

2   recommends that the Court grant Defendant's motion, and reverse and remand this matter to the

3   Administration pursuant to sentence four of 42 U.S.C. § 405(g).

4   Based on the parties' stipulation, this Court recommends that the Administrative Law

5   Judge assigned to this matter following remand ("the ALJ") hold a new hearing and issue a new

6   decision.  The ALJ should:  (1) further evaluate the opinions of Bryce A. McCollum, Ph.D., and

7   Lawrence J. Lyon, Ph.D.; (2) further assess Plaintiff's mental impairments and determine

8   whether or not his drug and alcohol abuse - is material to a finding of disability consistent with

9   the Social Security Act, applicable regulations, and applicable case law; (3) consider the

10  observations and findings of Plaintiff's mental health therapist in accordance with Social

11  Security Ruling ("SSR") 06-3p, and if the ALJ elects to reject them, provide germane reasons for

12  doing so; (4) in light of the expanded record, re-evaluate Plaintiff's credibility and residual

13  functional capacity; and, (5) with the assistance of a vocational expert, determine whether or not

14  there are other jobs existing in significant numbers in the national economy to which Plaintiff

15  could make an adjustment.

16  This Court further recommends that the ALJ take any other actions necessary to develop

17  the record.  In addition, Plaintiff should be allowed to submit additional evidence and arguments

18  to the ALJ on remand.

19  The parties stipulate, and the Court agrees, that this reversal and remand is recommended

20  pursuant to sentence four of 42 U.S.C. § 405(g). Following proper presentation to the Court, the

21  parties agree that Plaintiff is entitled to reasonable attorney's fees, expenses and costs pursuant to

22  the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

23

24

1          Given the facts and the parties' stipulation, the Court recommends that the District Judge

2   immediately approve this Report and Recommendation and order that the case be **REVERSED**

3   and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

4          Dated this 28th day of September, 2011.

5

6          _____

7          J. Richard Creatura
           United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 3