UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN FOUNTAINE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration<br><br>    Defendant. | CASE NO. 10-CV-05953 BHS JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

    This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the Administration for further consideration. (ECF No. 25.)

After reviewing Defendant's stipulated motion and the remaining record, the undersigned recommends that the Court grant Defendant's motion, and reverse and remand this matter to the Administration pursuant to sentence four of 42 U.S.C. § 405(g).

Based on the parties' stipulation, this Court recommends that the Administrative Law Judge assigned to this matter following remand ("the ALJ") hold a new hearing and issue a new decision. The ALJ should: (1) further evaluate the opinions of Bryce A. McCollum, Ph.D., and Lawrence J. Lyon, Ph.D.; (2) further assess Plaintiff's mental impairments and determine whether or not his drug and alcohol abuse - is material to a finding of disability consistent with the Social Security Act, applicable regulations, and applicable case law; (3) consider the observations and findings of Plaintiff's mental health therapist in accordance with Social Security Ruling ("SSR") 06-3p, and if the ALJ elects to reject them, provide germane reasons for doing so; (4) in light of the expanded record, re-evaluate Plaintiff's credibility and residual functional capacity; and, (5) with the assistance of a vocational expert, determine whether or not there are other jobs existing in significant numbers in the national economy to which Plaintiff could make an adjustment.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, Plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

The parties stipulate, and the Court agrees, that this reversal and remand is recommended pursuant to sentence four of 42 U.S.C. § 405(g). Following proper presentation to the Court, the parties agree that Plaintiff is entitled to reasonable attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 28th day of September, 2011.

*J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge